**Order entered June 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00712-CV

## IN RE NOLEN HOMES & INTERIORS, LLC, AMY NOLEN AND CLINT NOLEN, Relators

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03259-D**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/     ADA BROWN
        JUSTICE